**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Wilbert WEST, Defendant–Appellant.**

No. 12–30391
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2013.

Helina S. Dayries, Assistant U.S. Attorney, John Christopher Dippel, Jr., Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Shelley A. Goff, Esq., Goff & Goff, Ruston, LA, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Wilbert West has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). West has filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as West's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. West's motion for the appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.